**Kelberth Antonio DAPOLA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 10–71093.

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2012.*

Filed May 17, 2012.

Kelberth Antonio Dapola, San Jose, CA, pro se.

Raul Ray, Esquire, The Law Offices of Raul Ray, San Jose, CA, Katarina Rost, Law Office of Katarina Rost, San Francisco, CA, for Petitioner.

Donald Anthony Couvillon, Esquire, Chief Counsel Ice, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, for Respondent.

Before: CANBY, GRABER and M. SMITH, Circuit Judges.

MEMORANDUM **

Kelberth Antonio Dapola, native and citizen of Guatemala, petitions for review of a Board of Immigration Appeals order dismissing his appeal from an immigration judge's denial of his application for cancellation of removal. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss the petition for review.

We lack jurisdiction to review the agency's discretionary determination that Dapola failed to show exceptional and extremely unusual hardship to his United States citizen children. 8 U.S.C. § 1252(a)(2)(B); *Mendez–Castro v. Mukasey*, 552 F.3d 975, 979 (9th Cir.2009).

The contention that the Board failed to properly consider and weigh all evidence of hardship does not raise a colorable due process claim. *Martinez–Rosas v. Gonzales*, 424 F.3d 926, 930 (9th Cir.2005).

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

